FILED

2003 AUG 13 PM 12:45

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

CHANDRIKA V. PATEL,            )
          PLAINTIFF,           )
VS.                            )   CV-03-H-254-NE
THE CASTNER KNOTT DRY GOODS CO.,)
a/k/a DILLARD DEPARTMENT STORES,)
INC., a/k/a DILLARD'S,         )
          DEFENDANTS.          )

ENTERED
AUG 1 3 2003

## MEMORANDUM OF DECISION

On April 15, 2003 the court entered an order staying further proceedings in this action pending the conclusion of arbitration as described therein. The order required plaintiff's counsel to submit to counsel for defendant plaintiff's share ($100) of the arbitration fee by May 15, 2003. The order further provided that should plaintiff fail to comply with that requirement, defendant was required to advise the court of such failure so that the court could proceed to enter a final order dismissing this action.

On May 20, 2003 defendant filed a notice advising the court of the failure of counsel for plaintiff to comply with the above described provision of the April 15, 2003 order. In such notice defendant also advised the court that on May 13, 2003 plaintiff filed a notice of appeal of the April 15, 2003 order. The notice

17

did not divest this court of jurisdiction since the April 15, 2003 order was not appealable.[1] On July 22, 2003 the United States Court of Appeals for the Eleventh Circuit dismissed the appeal for lack of jurisdiction.

Based on the foregoing, the court will by separate order implement the warning given to plaintiff in the last sentence of the April 15, 2003 order by dismissing this action.

DONE this 13th day of August, 2003.

                                                _James H. Hancock_
                                         SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court also observes that the required filing fee associated with the appeal was not paid until after the court of appeals called such omission to the attention of counsel for plaintiff on May 23, 2003.